**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                        Case No. 5:15-cv-168-Oc-37PRL

DOUGLAS M. SNYDER,

    Defendant.
_____

**ORDER**

This cause is before the Court on the following:

1. Motion for Entry of Default Judgment (Doc. 8), filed May 28, 2015; and

2. U.S. Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 9), filed June 2, 2015.

In a well-reasoned Report and Recommendation ("R&R"), U.S. Magistrate Judge Lammens recommends granting the United States of America's Motion for Entry of Default Judgment in this student loan collection case. (Docs. 8, 9.) Upon consideration, and in the absence of objection, the Court finds that the R&R is due to be adopted and confirmed. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); Local Rule 6.02.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Motion for Entry of Default Judgment (Doc. 8) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default judgment in favor of the United States of America and against Douglas M. Snyder in the amount of

    $7,562.13, which is comprised of:

    a. Principal in the amount of $2,625.14.

    b. Interest in the amount of $4,936.34.[1]

4. Post-judgment interest will continue to accrue at the legal rate. 28 U.S.C. § 1961.

5. The Court additionally **AWARDS** the United States of America costs and $880 in attorney's fees. (Doc. 9, p. 2 (citing 20 U.S.C. § 1071; 28 U.S.C. § 1920).)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 19, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

---

[1] As of May 22, 2015, Mr. Snyder owed $4,918.14 in interest. (Doc. 9, p. 2.) Pre-judgment interest accrues at a rate of $0.65 per day, and 28 days have elapsed since May 22, 2015, so Mr. Snyder currently owes $4,936.34 (that is, $18.20 in additional interest owed (or 28 days at $0.65 per day)).